**Opinion issued February 14, 2013**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

**NO. 01-12-00929-CR**

_____

**GREGORY ALLEN SWEED, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 23rd District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 66772**

**MEMORANDUM OPINION**

Appellant Gregory Allen Sweed has filed a motion to dismiss the appeal.

The motion complies with Texas Rule of Appellate Procedure 42.2(a). *See* TEX. R.

APP. P. 42.2(a). We have not issued an opinion in the appeal. *See* TEX. R. APP. P. 42.2(b). The Clerk of the Court has sent a duplicate copy to the trial court clerk. *See* TEX. R. APP. P. 42.2(a).

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Bland, and Massengale.

Do not publish. TEX. R. APP. P. 47.2(b).